| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Barbara J Snavely, Esquire (BJS5526)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>TEL (856) 228-7964 FAX (856) 228-7965<br>B_Snavely@comcast.net |

| | |
|---|---|
| In Re:<br><br>   Parker G. Becker,<br><br><br>           Debtor(s) | Chapter 13<br><br>Case Number: 24-13538<br><br>Judge: Jerrold N. Poslusny Jr. |

## WITHDRAWAL OF DOCUMENT NO. 16
## MODIFIED CHAPTER 13 PLAN
## THAT WAS FILED ON 5-16-24

I, Barbara J Snavely, Esq., counsel to Debtor(s), Parker G. Becker client(s), hereby withdraw document no. 16, Modified Chapter 13 Plan, filed on May 16, 2024 in the above referenced manner.

Dated: 5-16-24                                                                   /s/ Barbara J Snavely, Esquire
                                                                                          Barbara J Snavely, Esquire