UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

| | |
|---|---|
| In Re: | Case No.: _____24-13538-JNP_____ |
| Parker Becker, | Chapter: _____13_____ |
| Debtor. | Hearing Date: _____11/26/2024_____ |
| | Judge: _____Poslusny_____ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 9 Pennsylvania Avenue (Docket # 18)

_____

Date: 11/21/2024 _____          /s/ Denise Carlon _____
                                        Signature

*rev.8/1/15*