Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−13538−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Parker G Becker
   aka Susan G Bacon, aka Susan Gail Bacon
   9 Pennsylvania Avenue
   Stratford, NJ 08084

Social Security No.:
   xxx−xx−7587

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/19/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 19, 2024
JAN: cmf

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-13538-JNP
Parker G Becker  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Dec 19, 2024  Form ID: 148  Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Parker G Becker, 9 Pennsylvania Avenue, Stratford, NJ 08084-1727 |
| 520217097 | | Bridgecrest Credit Company, LLC, 1800 N Colorado Street, Gilbert, AZ 85233 |
| 520217107 | + | Tesla Solar Panels, 3500 Deer Creek Road, Palo Alto, CA 94304-1317 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 19 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 19 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Dec 20 2024 01:29:00 | Bridgecrest Acceptance Corporation, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520322744 | + | EDI: MAXMSAIDV | Dec 20 2024 01:29:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520217095 | + | EDI: AQUAFINANCE.COM | Dec 20 2024 01:29:00 | Aqua Finance Inc., 1 Corporate Drive, Suite 300, Wausau, WI 54401-1724 |
| 520217096 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 19 2024 20:53:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 520241442 | + | EDI: AISACG.COM | Dec 20 2024 01:29:00 | Bridgecrest Acceptance Corporation by AIS Portfoli, PO Box 4138, Houston, TX 77210-4138 |
| 520220200 | + | EDI: AISACG.COM | Dec 20 2024 01:29:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520217098 | + | EDI: CAPITALONE.COM | Dec 20 2024 01:29:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520217099 | + | EDI: CAPITALONE.COM | Dec 20 2024 01:29:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520252784 | + | EDI: AIS.COM | Dec 20 2024 01:29:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520217100 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 19 2024 20:57:13 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520217101 | + | EDI: MAXMSAIDV | Dec 20 2024 01:29:00 | Department of Education/Advantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 520268128 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2024 20:57:09 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 24-13538-JNP   Doc 24   Filed 12/21/24   Entered 12/22/24 00:15:38   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: 148 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 520294668 | + | EDI: AISMIDFIRST | Dec 20 2024 01:29:00 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520217102 | ^ | MEBN | Dec 19 2024 20:35:38 | MaxLend, PO Box 760, Parshall, ND 58770-0703 |
| 520217103 | + | EDI: AISMIDFIRST | Dec 20 2024 01:29:00 | Midland Mortgage Company/Mid First Bank, Attention: Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520217104 | + | Email/Text: bankruptcy1@pffcu.org | Dec 19 2024 20:52:00 | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 520219754 | + | Email/Text: bankruptcy1@pffcu.org | Dec 19 2024 20:52:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 520247780 | | EDI: Q3G.COM | Dec 20 2024 01:29:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520217106 | | EDI: SYNC | Dec 20 2024 01:29:00 | SYNCB/PPC, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520217105 | + | Email/Text: bankruptcynotice@sjindustries.com | Dec 19 2024 20:52:00 | South Jersey Gas, PO Box 577, Attn Bankruptcy Dept, Hammonton, NJ 08037-0577 |
| 520288453 | + | EDI: AIS.COM | Dec 20 2024 01:29:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520217108 | + | EDI: VERIZONCOMB.COM | Dec 20 2024 01:29:00 | Verizon Wireless, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 520217109 | | EDI: VERIZONCOMB.COM | Dec 20 2024 01:29:00 | Verizon Wireless/Southeast, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2024        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 19, 2024 | Form ID: 148 | Total Noticed: 28 |

on behalf of Debtor Parker G Becker jjresq1@comcast.net

Denise E. Carlon
   on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Regina Cohen
   on behalf of Creditor Bridgecrest Acceptance Corporation rcohen@lavin-law.com  mmalone@lavin-law.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5