Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−13538−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Parker G Becker
   aka Susan G Bacon, aka Susan Gail Bacon
   9 Pennsylvania Avenue
   Stratford, NJ 08084

Social Security No.:
   xxx−xx−7587

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       2/6/25
Time:       02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Barbara J. Snavely, Debtor's Attorney

COMMISSION OR FEES
Fee:$4,190.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 26, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 24-13538-JNP
Parker G Becker     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Dec 26, 2024     Form ID: 137     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Parker G Becker, 9 Pennsylvania Avenue, Stratford, NJ 08084-1727 |
| 520217097 | | Bridgecrest Credit Company, LLC, 1800 N Colorado Street, Gilbert, AZ 85233 |
| 520217107 | + | Tesla Solar Panels, 3500 Deer Creek Road, Palo Alto, CA 94304-1317 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 26 2024 21:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 26 2024 21:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 26 2024 21:34:24 | Bridgecrest Acceptance Corporation, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520322744 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 26 2024 21:34:05 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520217095 | + | Email/Text: bnc-aquafinance@quantum3group.com | Dec 26 2024 21:30:00 | Aqua Finance Inc., 1 Corporate Drive, Suite 300, Wausau, WI 54401-1724 |
| 520217096 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 26 2024 21:30:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 520241442 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 26 2024 21:34:14 | Bridgecrest Acceptance Corporation by AIS Portfoli, PO Box 4138, Houston, TX 77210-4138 |
| 520220200 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 26 2024 21:34:19 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520217098 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 26 2024 21:34:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520217099 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 26 2024 21:34:07 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520252784 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 26 2024 21:34:06 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520217100 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 26 2024 21:33:48 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520217101 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 26 2024 21:44:46 | Department of Education/Advantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 520268128 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 26 2024 21:34:20 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 24-13538-JNP    Doc 28    Filed 12/28/24    Entered 12/29/24 00:15:29    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 26, 2024 | Form ID: 137 | Total Noticed: 28 |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 520294668 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 26 2024 21:34:11 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520217102 | ^ | MEBN | Dec 26 2024 21:23:55 | MaxLend, PO Box 760, Parshall, ND 58770-0703 |
| 520217103 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 26 2024 21:33:46 | Midland Mortgage Company/Mid First Bank, Attention: Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520217104 | + | Email/Text: bankruptcy1@pffcu.org | Dec 26 2024 21:29:00 | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 520219754 | + | Email/Text: bankruptcy1@pffcu.org | Dec 26 2024 21:29:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 520247780 | | Email/Text: bnc-quantum@quantum3group.com | Dec 26 2024 21:30:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520217106 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 26 2024 21:34:11 | SYNCB/PPC, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520217105 | + | Email/Text: bankruptcynotice@sjindustries.com | Dec 26 2024 21:29:00 | South Jersey Gas, PO Box 577, Attn Bankruptcy Dept, Hammonton, NJ 08037-0577 |
| 520288453 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 26 2024 21:34:02 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520217108 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 26 2024 21:28:00 | Verizon Wireless, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 520217109 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 26 2024 21:28:00 | Verizon Wireless/Southeast, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 28, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 26, 2024 | Form ID: 137 | Total Noticed: 28 |

on behalf of Debtor Parker G Becker jjresq1@comcast.net

Denise E. Carlon

on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Regina Cohen

on behalf of Creditor Bridgecrest Acceptance Corporation rcohen@lavin-law.com  mmalone@lavin-law.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5